# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

WANDA MULLINS,            )
                                         )

              **Plaintiff,**      )
                                         )

**v.**                           )        **Case No. 09-CV-452-JHP**
                                         )

**UNITED STATES OF AMERICA,**   )
                                         )

            **Defendants.**     )

## JUDGMENT

In accordance with the Minute Order granting Defendant's Motion to Dismiss entered contemporaneously herewith, the Court hereby awards judgment in favor of Defendant, United States of America and against Plaintiff, Wanda Mullins. Accordingly the Court terminates this case.

**IT IS SO ORDERED** this 23rd day of March, 2010.

_James H. Payne_
James H. Payne
United States District Judge
Eastern District of Oklahoma